INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Lois Bloom__ Date: __12/22/16__

Magistrate Case Number: __16-1135M__ FTR #: __3:19 - 3:26__

Defendant's Name: __Yitzchok Iziel Sofer__

____ Court appointed counsel. __X__ Defendant retained counsel.

Defense Counsel: __Kate Cassidy__ CJA:___ FDNY:___ RET: __X__

A.U.S.A. __Nathan Reilly__ Clerk: __SM Yuen__

Interpreter: _____ Language: _____

__X__ ARRAIGNMENT on Complaint held. ___ Government Agent Sworn

___ DETENTION HEARING Held: ___ Government opposed bail for reasons stated on the record.
__X__ Bond set at __$25,000__. __X__ Bond set on consent of both parties.

Defendant: __X__ released ___ held pending satisfaction of bond conditions.

__X__ Defendant advised of bond conditions set by the Court and signed the bond.

__1__ Surety(~~ies~~) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__X__ Preliminary Hearing set for: __1/11/17 11am__; or ___ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

___ Identity hearing held. Court ___ orders removal ___ denies removal

___ Defendant waives: ___ identity hearing ___ preliminary hearing

___ Identity/ Removal Hearing set for: _____

___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____